**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Eileen Cera aka Eileen Schueller         CHAPTER 13
                    Debtor(s)

                                                BKY. NO. 24-10764 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

                                                Respectfully submitted,

                                                /s/ *Michael Farrington*
                                                Michael Farrington
                                                06 May 2024, 12:19:37, EDT

                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322

Document ID: 7368c61c236c9bcf92c56d04fcdd09e5a195e96c9a6c2cf92c59aaef09b4cc58