IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Eileen Cera                : Case No.  24-10764
: Chapter 13
:

### CERTIFICATION OF SERVICE AND PROOF OF MAILING

    The undersigned, attorney for Debtor, does hereby certify that I did on June 12, 2024, serve all Matrix creditors by electronic means or by US regular mail with notice of the rescheduling of the Meeting of Creditors in the above captioned matter until July 19, 2024 at 12:30 pm.

    I declare under penalty of perjury that the foregoing is correct.

Date: June 12, 2024

s/ John M. Kenney
John M. Kenney, Esquire
308 N. Oxford Valley Road
Fairless Hills, PA  19030