IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  EILEEN CERA A/K/A     : Chapter 13
       EILEEN SCHUELLER     :  Docket No. 24-10764-pmm
          Debtor                      :

### **PRAECIPE TO WITHDRAW**

Kindly withdraw the Objection to Proof of Claim of NewRez LLC dba Shellpoint Mortgage Servicing filed on September 9, 2024 in the above matter.

Date:  December 5, 2024

/s/ John M. Kenney
John M. Kenney, Esquire
Attorney for Debtor
308 N. Oxford Valley Road
Fairless Hills, PA 19030
(215) 547-3031