United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10764-pmm |
| Eileen Cera | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 21, 2025 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eileen Cera, 300 N. Lafayette Ave, Morrisville, PA 19067-6635 |
| 14861976 | + | Abington Surgical Center, 2701 Blair Mill Road, Suite 35, Willow Grove, PA 19090-1094 |
| 14861980 | + | PA Dept Of Revenue, PO Box 280432, Bureau Of Individual Taxes, Harrisburg, PA 17128-0432 |
| 14862599 | + | US Bank Trust National Association, Not In Its Ind, c/o Brian E. Caine, Esq., Parker McCay P.A., 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 14862470 | + | US Bank Trust National Association, et al, c/o Brian E. Caine, Esq., PARKER McCAY P.A., 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 22 2025 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 22 2025 00:44:28 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14861977 | | Email/Text: collectors@arresourcesinc.com | May 22 2025 00:34:00 | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422 |
| 14883467 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2025 00:31:50 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14863347 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 22 2025 00:32:57 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14863657 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 22 2025 00:33:25 | Exeter Finance LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14861978 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | May 22 2025 00:33:29 | Exeter Finance Llc, Po Box 166097, Irving, TX 75016-6097 |
| 14882318 | | Email/Text: BNCnotices@dcmservices.com | May 22 2025 00:34:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14861979 | ^ | MEBN | May 22 2025 00:21:15 | KML Law Group PC, 701 Market Street, Suite 5000 BNY Mellon Independence Ctr, Philadelphia, PA 19106-1538 |
| 14883502 | | Email/Text: mtgbk@shellpointmtg.com | May 22 2025 00:33:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14866166 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 22 2025 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2025 | Form ID: pdf900 | Total Noticed: 18 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14861981 | + | Email/Text: mtgbk@shellpointmtg.com | May 22 2025 00:33:00 | | US Bank Trust N.A., 75 Beattie Place Suite 300, Greenville, SC 29601-2138 |
| 14882783 | ^ | MEBN | May 22 2025 00:21:16 | | US Bank Trust National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14866152 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422 |
| 14866151 | *+ | Abington Surgical Center, 2701 Blair Mill Road, Suite 35, Willow Grove, PA 19090-1094 |
| 14866153 | *+ | Exeter Finance Llc, Po Box 166097, Irving, TX 75016-6097 |
| 14866154 | *+ | KML Law Group PC, 701 Market Street, Suite 5000 BNY Mellon Independence Ctr, Philadelphia, PA 19106-1538 |
| 14866155 | *+ | PA Dept Of Revenue, PO Box 280432, Bureau Of Individual Taxes, Harrisburg, PA 17128-0432 |
| 14866156 | *+ | US Bank Trust N.A., 75 Beattie Place Suite 300, Greenville, SC 29601-2138 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 23, 2025              Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| JOHN M. KENNEY | on behalf of Debtor Eileen Cera jken330@comcast.net  Kathy@jkenneylaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2          User: admin          Page 3 of 3
Date Rcvd: May 21, 2025          Form ID: pdf900          Total Noticed: 18
TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Eileen Cera a/k/a Eileen Schueller | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 24-10764 |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **May 20, 2025**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**