IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: EILEEN CERA A/K/A       : Case No. 24-10764-pmm
       EILEEN SCHUELLER             : Chapter 13

## **CERTIFICATION OF NO RESPONSE**

    I, John M. Kenney, Esquire, attorney for Debtor, Eileen Cera a/k/a Eileen Schueller, hereby certify that as of this 26th day of June, 2025, there has been no response or answer regarding the Application for Compensation dated and served June 4, 2025. It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Patricia M. Mayer as UNCONTESTED.

    I certify under penalty that the foregoing is true and correct.

Date:  June 26, 2025                s/ John M. Kenney
                                             **John M. Kenney, Esquire**
                                             308 N. Oxford Valley Road
                                             Fairless Hills, PA  19030
                                             (215)547-3031